IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD PITT,            :<br>                         :<br>       Plaintiff,       :<br>                         :<br>       v.                :<br>                         :<br>UNKNOWN DEFENDANT,       :<br>                         :<br>       Defendant.        :<br>                         : | Case No. 5:20-cv-00466-MTT-CHW<br><br>Proceedings Under 42 U.S.C. §1983<br>Before the U. S. Magistrate Judge |

# ORDER

*Pro se* Plaintiff Edward Pitt, an inmate at Macon State Prison in Oglethorpe, Georgia, filed a handwritten document that was docketed as a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff did not pay the filing fee nor submit a motion to proceed *in forma pauperis*.

On April 20, 2021, Plaintiff was ordered to recast his complaint on a § 1983 form and to either submit a motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 3. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. *Id*. Plaintiff failed to respond.

Therefore, on May 20, 2021, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims. ECF No. 4. The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond. *Id*. Plaintiff was given fourteen (14) days to respond and he failed to do so.

Due to Plaintiff's failure to follow the Court's Orders and to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.   Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 10th day of June, 2021.

S/ Marc T. Treadwell

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT