IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD PITT, | : |
| Plaintiff, | : |
| | : Case No. 5:20-cv-00466-MTT-CHW |
| v. | : |
| UNKNOWN DEFENDANT, | : |
| | : Proceedings Under 42 U.S.C. §1983 |
| Defendant. | : Before the U. S. Magistrate Judge |

## ORDER

*Pro se* Plaintiff Edward Pitt, a prisoner in Macon State Prison in Oglethorpe, Georgia has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff is attempting service on Defendants prior to the preliminary screening of his complaint. See ECF No. 19 and 21. This is not permissible. The Prison Litigation Reform Act ("PLRA") obligates the district courts to conduct a preliminary screening of every complaint filed by a prisoner who seeks redress from a government entity, official, or employee. *See* 28 U.S.C. § 1915A(a). Plaintiff's complaint is still under review as to whether his claims will be permitted to proceed for further factual development. Therefore, Plaintiff is **ORDERED** not to attempt service upon any Defendants until further Order from this Court.

**SO ORDERED**, this 5th day of October, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge