IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD PITT, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-CV-466-MTT-CHW |
| | * |
| DOCTOR BARBER, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of September, 2023.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk